**DrinkerBiddle&Reath**
L L P

Frank F. Velocci
973-549-7078 Direct
973-360-9831 Fax
frank.velocci@dbr.com

Law Offices

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

February 24, 2011

***Via Electronic Filing and Facsimile***

The Honorable Esther Salas, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

*Re:*   ***Wiatt, et al. v. Winston & Strawn, LLP, et al.***
         ***Civil 10-CV-6608 (PGS)***

Dear Judge Salas:

We represent Defendant, Winston & Strawn LLP ("W&S"), in the above-captioned matter. W&S will be moving to dismiss Plaintiffs' complaint on March 4, 2011. The complaint contains 14 counts, 224 paragraphs and seeks treble and punitive damages. Although we have tried to condense our arguments to meet the 30-page (12 pt font) limitation, the motion will require a brief of approximately 40 pages. Accordingly, pursuant to L. Civ. R. 7.2(b), I am writing to request permission to file an overlength brief within this limitation. Plaintiffs' counsel has consented to this request with the understanding that we will consent in the event that Plaintiffs will require additional pages for their opposition.

We appreciate Your Honor's consideration of this request.

Respectfully yours,

Frank F. Velocci

FFV/lqg

cc:   All Counsel of Record via ECF

*Edward A. Gramigna, Jr.
Partner responsible for
Florham Park Office*

Established 1849

FP01/ 6470297.1