2011 02147 21875

James A Wiatt, et al

Plaintiff

vs.

Winston Strawn, LLP, et.al.

Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DOCKET NO:2:10-CV-6608 PGS ES

Person to be served (Name & Address):
Starr Investment Advisors, LLC C/O Aurora Cassirer, Esq.
The Chrysler Building 405 Lexington
New York, NY
Attorney: File#:
Stone & Magnannini, LLP

AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

Papers Served:
Summons, Complaint, Civil Cover Sheet, and Exhibits

Service Data:
Served Successfully __XXXX__   Not Served _____   Date: 02/16/2011   Time: 10:50 AM

__XXXX__ Delivered a copy to him / her personally

_____ Left a copy at his/her dwelling place or usual place of abode by delivering same to a competent household member over 14 years of age residing therein
(indicate name & relationship at right)

_____ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc.
(Indicate name & official title at right)

Name of Person Served and relationship / title:
Starr Investment Advisors, LLC C/O Aurora Cassirer, Esq., Individually Pursuant to Rule 4:4-1(a)(1).

Actual place of service:
The Chrysler Building 405 Lexington
New York, NY

Description of Person Accepting Service:

Sex: Female   Age: 50   Height: 5'6"-6'0"   Weight: 100-120   Skin Color: Caucasian   Hair Color: Blonde

Unserved:
____ Defendant is unknown at the address furnished by the attorney
____ All reasonable inquiries suggest defendant moved to an undetermined address
____ No such street in municipality
____ No response on: _____ Date _____ Time   _____ Date _____ Time
                                              _____ Date _____ Time

____ Other: _____ Comments or Remarks _____

Server Data:

Subscribed and Sworn to me this
21 day of February 2011

Name of Notary / commission expiration

EVE IRENE KATECHIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KA6230482
Qualified in Westchester County
My Commission Expires November 01, 2014

I, Thomas Kallergis, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

2/21/11 Date

Thomas Kallergis
License#: 1367086

JSV