NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES A. WIATT and ELIZABETH RIEGER WIATT,<br><br>      Plaintiffs,<br><br>      v.<br><br>WINSTON & STRAWN, LLP, et al.,<br><br>      Defendants. | Civil Action No.: 10-6608 (JLL)<br><br><br>**ORDER** |

**LINARES,** District Judge.

  This matter comes before the Court by way of motions to the dismiss the Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by Defendants Winston & Strawn, LLP and Jonathan Bristol, respectively [Docket Entry No. 29 and 30]. Based on the reasons set forth in the Court's corresponding Opinion dated June 24, 2011,

  **IT IS** on this **24th day of June, 2011,**

  **ORDERED** that Defendants' motions [Docket Entry Nos. 29 and 30] are granted in part and denied in part; and it is further

  **ORDERED** that Plaintiffs may file an Amended Complaint which cures the pleading deficiencies discussed in the Court's June 24, 2011 Opinion **on or before August 22, 2011.** Failure to do so may result in dismissal of the claims at issue <u>with</u> prejudice.

  **SO ORDERED.**

                  /s/ Jose L. Linares
                  JOSE L. LINARES,
                  UNITED STATES DISTRICT JUDGE